UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SALLY ROE,<br><br>                            Plaintiff,<br>v.<br><br>MASSAGE ENVY FRANCHISING, LLC, et al.,<br><br>                            Defendants. | Case No. 2:15-cv-01837-RFB-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. #5) entered September 24, 2015, regarding removal of this case to federal district court. On September 24, 2015, Defendant Massage Envy Franchising, LLC filed a signed Statement (Dkt. #3) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** that the parties shall file a joint status report **no later than November 30, 2015,** which must:

1. Set for the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

DATED this 16th day of November, 2015.

                                                                             _____
                                                                             PEGGY A. LEEN
                                                                             UNITED STATES MAGISTRATE JUDGE